IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THURMAN MEARIN | : | CIVIL ACTION |
| Plaintiff, | : | NO. 06-4859 |
| v. | : | |
| MAJOR THOMAS DOHMAN and LIEUTENANT JOHN MOYER | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 21st day of March, 2013, upon consideration of Defendants' Motion for Summary Judgment (Dkt. No. 78), and all responses thereto, it is hereby ORDERED that the Motion is GRANTED.

Judgment is ENTERED in favor of Defendants Major Thomas Dohman and Lieutenant John Moyer, and against Plaintiff Thurman Mearin.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II      J.